UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| CITGO PETROLEUM CORP., ET AL. | * | CIVIL ACTION NO. 2:16-CV-1407 |
|---|---|---|
| VERSUS | * | UNASSIGNED DISTRICT JUDGE |
| BRIDGESTONE AMERICAS TIRE OPERATIONS LLC, ET AL. | * | MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

For the reasons stated in the Report and Recommendation (Rec. Doc. 33) of the Magistrate Judge previously filed herein, after an independent review of the record, a review of the plaintiff's objections (Rec. Doc. 34), and a *de novo* determination of the issues, the court determines that the findings are correct under applicable law, except that the Court sustains the defendants' objection, unopposed by the plaintiffs, that there remains a factual dispute as to whether the defendants "are past and present owners of petrochemical facilities located in the vicinity of Bayou d'Inde." *See* Rec. Doc. 34; Rec. Doc. 35. As this fact does not affect the outcome of the underlying motion,

**IT IS ORDERED** that the defendants' Motion for Partial Dismissal of Plaintiffs' Complaint Pursuant to FRCP Rule 12(b)(6) (Rec. Doc. 18) is **DENIED**.

Shreveport, Louisiana, this 21 day of March, 2018.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE